The People of the State of New York, Respondent, v Leonard Whitted, Appellant

The evidence adduced at trial was sufficient to permit a rational trier of facts to find the defendant guilty beyond a reasonable doubt *(see, People v Contes,* 60 NY2d 620). The mere existence of conflicting evidence did not preclude the defendant's conviction *(see, People v Kennedy,* 47 NY2d 196) and the jury's findings on the issues of credibility are to be accorded the greatest weight on appeal *(see, People v Malizia,* 62 NY2d 755, *cert denied* 469 US 932). Mollen, P. J., Brown, Niehoff and Kooper, JJ., concur.